Emilio Chavez vs US
        2:22-CR-771(1)AM

**FILED**

NOV 0 8 2023

CLERK U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY ___ DEPUTY

Motion to Modify Sentence

Comes Now Emilio Chavez, Or
filing Motion to modify Sentence, pro-se
To: Court My Court Appointed Lawyer
has Abandoned Me, I'm Try to Excercise
My Right to Access The Court

Movant Being Sentence to 3yrs BOP
Requesting Sentence Be Modified
to 3yr Supervise Realse 6 Mo
halfway house
Movant Request US, Marshals Transport
him to halfway house.
Estelle v McGuire 116 L.Ed 2d 385
Brecht v Abrahamson 507 US 619 135
My Court appointed Lawyer No Longer
Replies to my Request 4 help so I have
No choice, But to file pro-se I hope
this Honorable Court will extend Me
Curtosy of filing my Motions
under 28 U SC 2255
18 USC, 922  Johnson V US 135-5-4 2551
Please don't deprive Me of Access to
Courts.

# Motion to Modify Sentence

Comes Now Emilio chavez gr
filing pro-se By & Thru himself

Movant Being Sentences to 3 BOP
Respectfully Request Bench Trial
to Modify Sentence to 3yr
Supervise Release 6month
halfway house under Rules
Criminal Procedure Rul 35(b)
Rule 45(b)(1)(b)
Respectfully Request us Marshalls Transport
movant to halfway house in DelRio TX

RECEIVED

2023 NOV -3 PM 12: 44

FEDERAL PUBLIC DEFENDER
TXW-DEL RIO

TO Distic Clerk please
file My Motion,

Mathis v US 136 scf 2241

Dont deprive me of occess to
Courts

Emilio Chavez
Beaumont FCI
30023-1 ?

NORTH HOUSTON TX 773

31 OCT 2023 PM 1  L

RECEIVED
2023 NOV -3 PH 12: 04
FEDERAL PUBLIC DEFENDER
W-DEL RIO

US Distic Court
Western Distric of Texas
2205 Veterans Blvd
Del Rio, TX 78840

RECEIVED

NOV 03 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

Legal Mail